IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

RICHARD KIMBRO,

          Petitioner,

   vs.

WARDEN AT HIGH DESERT STATE PRISON,

          Respondent.

_____/

1:08-cv-01509-AWI-WMW  (HC)

ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME  TO RESPOND TO RESPONDENT'S MOTION TO DISMISS PETITION

(DOCUMENT #14)

THIRTY DAY DEADLINE

       Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On January 21, 2009, petitioner filed a motion to extend time to respond to Respondent's motion to dismiss Petition.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

       Petitioner is granted thirty days from the date of service of this order in which to respond to Respondent's motion to dismiss Petition .

IT IS SO ORDERED.

**Dated:   January 30, 2009**            **/s/  William M. Wunderlich**
                                 UNITED STATES MAGISTRATE JUDGE